FILED
CLERK, U.S. DISTRICT COURT
November 17, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_VPC\_\_\_\_ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZUCENA OROZCO,<br><br>        Plaintiff,<br>vs.<br><br>AFC WORLDWIDE EXPRESS, INC. d/b/a R+L GLOBAL LOGISTICS, et al.,<br><br>        Defendant. | **Case No.: 2:19-CV-08023-SB-(GJS)**<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE PURSUANT TO SETTLEMENT**<br><br>Complaint Filed: September 17, 2019 |

On November 5, the parties filed the joint stipulation to dismiss, which said "upon the completion of the requisite 45-day review period on October 30, 2020, the [Department of Justice] had not provided any comment on the proposed settlement agreement to the parties, nor had it caused any such comment to be filed on the docket." (Dkt. No. 41.) Good cause appearing, and the parties having stipulated and agreed,

**IT IS HEREBY ORDERED** that the parties' Joint Stipulation to Dismiss Action with Prejudice Pursuant to Settlement is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff Azucena Orozco's claims against Defendant AFC Worldwide Express, Inc. d/b/a R+L Global Logistics, as set forth in the June 21, 2019, Notice of Violations and September 17, 2019, Complaint filed in Case No.: 2:19-cv-08023-SB-GJS are hereby dismissed with prejudice.

Plaintiff is ordered to serve a copy of this order on the Department of Justice and the national and relevant regional offices of the Environmental Protection Agency and file proof of service with this Court by no later than November 23, 2020.

**IT IS SO ORDERED.**

Dated:  November 17, 2020

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE